## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

JEFFEREY LASECKI,

     Plaintiff,

v.

                                       CASE NO: 21-CV-00103
                                       HON.: HALA Y. JARBOU

BENZIE COUNTY, and MATTHEW WEAVER,
in his individual and official capacity,

     Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES CHRISTOPHER J. TRAINOR (P42449) AMY J. DEROUIN (P70514) Attorneys for Plaintiff 9750 Highland Road White Lake, MI 48386 (248) 886-8650 / (248) 698-3321-fax amy.derouin@cjtrainor.com | CUMMINGS, MCCLOREY DAVIS & ACHO, PLC ALLAN C. VANDER LAAN (P33893) KRISTEN REWA (P73043) Attorneys for Defendants 2851 Charlevoix Drive SE, Ste. 327 Grand Rapids, MI 49546 616-975-7470 / 616-975-7471-fax avanderlaan@cmda-law.com krewa@cmda-law.com |
|---|---|

### PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER AS TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    **NOW COMES** Plaintiff, **JEFFEREY LASECKI**, by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and pursuant to the Electronic Filing Policies and Procedures, respectfully seeks leave from this Honorable Court to file the following Exhibits in the traditional manner:

1. Exhibit A (identified as video from traffic stop) attached to *Plaintiff's Response to Defendants' Motion for Summary Judgment* and *Brief in Support* because it cannot be

authentically converted to electronic form as it is video of the subject incident in this case.

2. Exhibit S (identified as the dispatch call audio made by Mr. Lasecki during the traffic stop) attached to *Plaintiff's Response to Defendants' Motion for Summary Judgment* and *Brief in Support* because it cannot be authentically converted to electronic form as it is audio of the subject incident in this case.

For the foregoing reasons, the undersigned respectfully requests that this Honorable Court grant the leave sought in this Motion.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

**/s/ Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI  48386
(248) 886-8650
amy.derouin@cjtrainor.com

Dated:  February 1, 2022
AJD/lvp

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: ***all attorneys of record*** and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ***None.***

**/s/Amy J. DeRouin (P70514)**
Attorney for Plaintiff
9750 Highland Road
White Lake, MI 48386
248-886-8650