UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFEREY LASECKI,

       Plaintiff,                                  Case No. 1:21–cv–103

v.                                                Hon. Hala Y. Jarbou

BENZIE COUNTY, et al.,

       Defendants.
_____/

## ORDER

The Court having reviewed Plaintiff's motion for leave to file exhibits (ECF No. 76), **IT IS ORDERED** that Plaintiff's motion (ECF No. 76) is **GRANTED**.

IT IS SO ORDERED.

Dated: February 1, 2022                               /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                United States District Judge